IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODFIELD NISSAN, INC., and ROY CARR, <br><br> Defendants. | Case No. 1:23-cv-16084 <br><br> JURY DEMAND |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION TO AMEND THE PLEADINGS**

The Plaintiff, Nissan North America Inc. ("Nissan"), respectfully moves the Court to extend the deadline to file a motion to amend the pleadings. The current deadline to file a motion to amend the pleadings is November 18, 2024. (Dkt. 27.) Nissan requests that the Court extend this deadline to November 29, 2024. Nissan seeks this brief extension because of the travel and business schedules of its representatives responsible for the supervision of this case. This brief extension will not affect any other deadlines in the Case Management Order. The defendant has no objection to this Motion.

Accordingly, Nissan moves the Court to extend the deadline to file a motion to amend the pleadings to November 29, 2024.

Respectfully submitted,

s/ Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr. (No. 12005)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: 615-913-5200
gbulso@bulso.com
*Counsel for Nissan North America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document is being filed through the Court's ECM/ECF system, which is expected to effect service on the following, on this day, November 13, 2024:

Ira M. Levin
Eric P. VanderPloeg
BURKE, WARREN, MACKAY & SERRITELLA PC
330 North Wabash Ave.
21st Floor
Chicago, IL 60611
312-840-7000
ilevin@burkelaw.com
evanderploeg@burkelaw.com
cbullock@burkelaw.com
*Counsel for Woodfield Nissan Inc.*

s/ Eugene N. Bulso, Jr.
Eugene N. Bulso, Jr.