UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Nissan North America, Inc.
                            Plaintiff,
v.                                                   Case No.: 1:23−cv−16084
                                                     Honorable Martha M. Pacold
Woodfield Nissan, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff's unopposed motion to extend deadline to file motion to amend the pleadings [36] is granted. Motions to amend pleadings now due by 11/29/2024. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.