## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NISSAN NORTH AMERCIA, INC.

                Plaintiff,

v.

WOODFIELD NISSAN, INC. and ROY CARR,

                Defendants,

Case No. 1:23-cv-16084

Judge Martha M. Pacold

Mag. Judge Heather K. McShain

## JOINT STATUS REPORT

Pursuant to the Court's October 28, 2024, MINUTE Entry [ECF No. 35], Plaintiff Nissan North America, Inc, by counsel Eugene N. Bulso, Jr of BULSO PLC, and Defendant Woodfield Nissan, Inc., by counsel Eric VanderPloeg of Burke, Warren, MacKay & Serritella PC, inform the Court as follows:

## I.      PROGRESS OF DISCOVERY

The parties have issued written discovery requests and are in the process of preparing responses.

## II.     STATUS OF SETTLEMENT DISCUSSIONS

There are currently no settlement discussions and the parties do not believe that a settlement conference would be productive at this time.

## III.    OTHER MATTERS
None.

Dated: December 30, 2024

Respectfully submitted,


/s/ *Eugene N. Bulso*
Counsel for Nissan North America, Inc.
Eugene N. Bulso, Jr. (No. 12005)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: 615-913-5200
gbulso@bulso.com


/s/ *Eric P. VanderPloeg*
Counsel for Woodfield Nissan, Inc.
Ira Levin (ilevin@burkelaw.com)
Eric VanderPloeg (evanderploeg@burkelaw.com)
Christopher A. Verdugo (cverdugo@burkelaw.com)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue – Suite 2100
Chicago, IL 60611-3607
Phone: (312) 840-7000
Fax:     (312) 840-7900

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2024, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record. Under penalties as provided by law, I certify that the statements set forth herein are true and correct:

*/s/ Christopher A.  Verdugo*