UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Nissan North America, Inc.
                                  Plaintiff,

v.                                                         Case No.: 1:23−cv−16084
                                                                      Honorable Martha M. Pacold

Woodfield Nissan, Inc., et al.
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received defendant Woodfield Nissan's response to plaintiff's motion for leave to amend. [43]. Defendant Woodfield Nissan, Inc. indicates that, subject to its ability to raise defenses in a forthcoming motion to dismiss, it does not oppose the motion to amend. [43] paras. 2–3. Thus, the court grants plaintiff's motion to amend the complaint. [38]. Plaintiff should file its amended complaint separately on the docket by 1/27/25. The briefing schedule on defendant Woodfield Nissan, Inc.'s forthcoming motion to dismiss is as follows: the motion to dismiss is due by 1/28/25. Plaintiff's response is due 3/7/25. Defendant's reply, if any, is due 3/21/25. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.